UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JOHN BRANGACCIO and MARTIN DONATHAN, individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>vs.<br><br>NEW AGE CONTRACTORS, LLC SOUTH CAROLINA, INC.<br><br>    Defendant. | Case No.: 2:21-CV-1256 |

## REVISED UNOPPOSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, John Brangaccio, Martin Donathan, Christopher Mather and Richard Britt, who hereby move this Honorable Court to approve the FLSA Settlement Agreement in this matter, for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that Defendant does not oppose this Motion.

Respectfully submitted:

*/s/ David J. Ventura*
David J. Ventura
CRUMLEY ROBERTS, LLP
2400 Freeman Mill Road
Greensboro, North Carolina 27406
Telephone: (336) 333-9899
Facsimile: (336) 333-9894
djv@crumleyroberts.com

/s/ *Scott E. Brady*
Philip Bohrer (*Admitted Pro Hac Vice*)
Scott E. Brady (*Admitted Pro Hac Vice*)
Bohrer Brady, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ *Scott E. Brady*
Scott E. Brady